**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

GEORGE W. GANTT,
<u>Plaintiff-Appellant,</u>

v.

SEWALL SMITH, Warden; ASSISTANT
WARDEN WILSON; LIEUTENANT
GRANT; LIEUTENANT AULU; SERGEANT
LITTLE; SERGEANT CUNNINGHAM; JAKE
SUTTON; SERGEANT COCOLOUGH;
SERGEANT STATEN; SERGEANT
PRESSBURY; BOGGS; M. ROBINSON;
EMMANUAL NZEADIGHIBE,
<u>Defendants-Appellees,</u>

and

UNITED STATES OF AMERICA;

No. 94-7303

WALTER E. BLACK, JR.; JOSEPH HAAS;
CLARA GOULD; KIM BERGER,
Attorney, In their official and
individual capacities; RICHARD
LANHAM, SR., Senior Commissioner;
PURNELL, Chief of Security,
Individually and in their official
capacities; CAPTAIN PORGUESE;
CAPTAIN LEE; BIG STEWART; LITTLE
STEWART; PAUL KNIGHT; ANDREWS;
A. C.; MOBY; WALLACE; J. JOSEPH
CURRAN, JR.; GLENN BELL, Assistant
Attorney General, Individually and
in their official capacities,
<u>Defendants.</u>

Appeal from the United States District Court
for the District of Maryland, at Greenbelt.
Peter J. Messitte, District Judge.
(CA-93-3765-PJM)

Submitted: January 18, 1996

Decided: February 5, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and
CHAPMAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

George W. Gantt, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Audrey J. S. Carrion, OFFICE OF THE ATTORNEY GEN-
ERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Appellant appeals from the district court's order denying relief on
his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record
and the district court's opinion and find no reversible error. Accord-
ingly, we affirm on the reasoning of the district court. Gantt v. Smith,
No. CA-93-3765-PJM (D. Md. Oct. 27, 1994). We dispense with oral

2

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Judge Luttig would impose sanctions for abuse of the judicial process.

AFFIRMED

LUTTIG, Circuit Judge, concurring:

Appellant has filed thirty-two appeals in this court betwen September 26, 1991, and today. I would impose sanctions against Appellant for abuse of the judicial process.

3